UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATASHA BLOUGH, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO.1:09CV0544 |
| | ) | |
| -vs- | ) | |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants | ) | |

Plaintiff filed the above-captioned case on March 11, 2009. Return of Service was executed upon Defendant National Enterprise Systems by Personal Service on March 17, 2009.

Defendant has not entered an appearance or filed an answer within the 20 days after service of summons according to Rule 12 of the Federal Rules of Civil Procedure.

Therefore, Plaintiff shall make application to the Clerk of Court for entry of Default by June 16, 2009 or this matter will be dismissed for want of prosecution.

IT IS SO ORDERED.

<u>S/Christopher A. Boyko</u>
Christopher A. Boyko
U.S. District Court Judge

June 9, 2009